Heather Weine Brochin, Esq.
Day Pitney LLP
8 Sylvan Way
Parsippany, NJ 07054
(973) 966-6300
hbrochin@daypitney.com

**ATTORNEYS FOR**
Defendant Dentognostics USA, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| DAVID VITONE,<br>Plaintiff,<br>v.<br>DENTOGNOSTICS USA, INC., DENTOGNOSTICS GmbH, DIRK R. GIESELMANN, DENTOGNOSTICS GROUP, ABC CORPS. 1-10 and JOHN DOES 1-10<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 26-cv-9358<br><br>**DENTOGNOSTICS USA, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>**Filed Electronically** |

Defendant Dentognostics USA, Inc. ("Defendant"), by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1 submit the following corporate disclosures.

Dentognostics USA, Inc. is a Florida corporation with a principal place of business in Palm Beach County, Florida. It is a wholly owned subsidiary of Dentognostics Holding AG, a Swiss legal entity, and no publicly held corporation owns ten percent or more of its stock.

DAY PITNEY LLP

By: */s/ Heather Weine Brochin*
HEATHER WEINE BROCHIN
8 Sylvan Way
Parsippany, NJ 07054
Telephone: 973-966-8199
hbrochin@daypitney.com

Attorneys for Defendant Dentognostics USA, Inc.

GUNSTER, YOAKLEY & STEWART, P.A.

By: Holly
HOLLY GRIFFIN GOODMAN
*Pro Hac Vice Admission Forthcoming*

777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
Telephone: 561-655-1980
hgoodman@gunster.com

Attorneys for Defendant Dentognostics USA, Inc.

DATED: July 24, 2026