DAY PITNEY LLP

Boston | Connecticut | Florida | New Jersey | New York | Providence | Washington, DC

**HEATHER WEINE BROCHIN**
Attorney at Law

8 Sylvan Way
Parsippany, New Jersey 07054
T: (973) 966-8199 F: (973) 206-6115
hbrochin@daypitney.com

August 12, 2026

**VIA ECF**

The Honorable Claire C. Cecchi
United States District Court Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: *David Vitone v. Dentognostics USA, Inc., Dentognostics GmbH, Dirk R. Gieselmann, Dentognostics Group, ABC Corps. 1 – 10, and John Does 1 – 10*
Case No. 2:26-09358-CCC-AME

Dear Judge Cecchi:

Defendant Dentognostics USA, Inc. ("Defendant") in the above-referenced matter writes to respectfully request a thirty-day extension of Defendant's time to respond to the Complaint (moving the response deadline from August 14, 2026 to September 14, 2026) due to ongoing settlement discussions. Counsel for the Defendant has conferred with Counsel for the Plaintiff regarding the relief sought in this Letter, and Counsel for the Plaintiff consents to the request.

The requested extension will allow the parties to devote their efforts towards finalizing the parameters of a potential settlement and preserve resources that would otherwise be spent on motion or responsive pleading practice. Defendant was served with a copy of the Summons and Complaint on June 24, 2026. This is the second request for an extension of time for Defendant to answer or otherwise respond to the Complaint. Defendant also previously received a clerk's extension. A proposed Order is enclosed.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Heather Weine Brochin

Heather Weine Brochin

cc: Joseph M. Bimonte, Esq. (Counsel for Plaintiff)
Holly Griffin Goodman, Esq. (Counsel for Defendant Dentognostics USA, Inc., *Pro Hac Vice* Admission pending)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| DAVID VITONE,<br>Plaintiff,<br>v.<br>DENTOGNOSTICS USA, INC., DENTOGNOSTICS GmbH, DIRK R. GIESELMANN, DENTOGNOSTICS GROUP, ABC CORPS. 1-10 and JOHN DOES 1-10<br>Defendants. | :<br>:<br>:<br>:<br>:<br>: | Civil Action No. 2:26-09358-CCC-AME<br><br>**[PROPOSED] ORDER**<br><br>**Filed Electronically** |

**THIS MATTER** having been brought before the Court by Day Pitney, LLP, attorneys for Defendant Dentognostics USA, Inc. ("Defendant"), on an unopposed request for an Order granting a thirty-day extension of time within which to answer, plead, or otherwise respond to Plaintiff's Complaint from August 14, 2026 up to and including September 14, 2026; and the Court having considered the request; and good cause having been shown;

**IT IS** on this ___ day of __________________, 2026,

**ORDERED** that the unopposed request for a thirty-day extension of time for Defendant to answer, plead, or otherwise respond to Plaintiff's Complaint is granted; and

**ORDERED** that Defendant must answer, plead, or otherwise respond to Plaintiff's Complaint by September 14, 2026.

**SO ORDERED:**

______________________________