**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| DAVID VITONE,<br>Plaintiff,<br>v.<br>DENTOGNOSTICS USA, INC., DENTOGNOSTICS GmbH, DIRK R. GIESELMANN, DENTOGNOSTICS GROUP, ABC CORPS. 1-10 and JOHN DOES 1-10<br>Defendants. | :<br>:<br>:<br>:<br>:<br>: | Civil Action No. 2:26-09358-CCC-AME<br><br>**ORDER**<br><br>**Filed Electronically** |

**THIS MATTER** having been brought before the Court by Day Pitney, LLP, attorneys for Defendant Dentognostics USA, Inc. ("Defendant"), on an unopposed request for an Order granting a thirty-day extension of time within which to answer, plead, or otherwise respond to Plaintiff's Complaint from August 14, 2026 up to and including September 14, 2026; and the Court having considered the request; and good cause having been shown;

**IT IS** on this _**28th**_ day of ___**August**______, 2026,

**ORDERED** that the unopposed request for a thirty-day extension of time for Defendant to answer, plead, or otherwise respond to Plaintiff's Complaint is granted; and

**ORDERED** that Defendant must answer, plead, or otherwise respond to Plaintiff's Complaint by September 14, 2026.

**SO ORDERED:**

______________________________
HON. ANDRÉ M. ESPINOSA
United States Magistrate Judge