BIMONTE LAW LLC

300 Main Street
Suite 21-661
Madison, NJ 07940

50 Harrison Street
PH 498
Hoboken, NJ 07030

80 Broad Street
Suite 617
New York, NY 10004

(973) 358-6619
www.bimontelawllc.com
jbimonte@bimontelawllc.com

October 14, 2026

**Via ECF**
The Honorable Andre M. Espinosa
United States Magistrate Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut St.
Newark, NJ 07102

RE: David Vitone v. Dentognostics USA, Inc., Dentognostics GmbH, et al.
Case No.: 2:26-09358-CCC-AME

Dear Judge Espinosa,

This firm is counsel to plaintiff David Vitone ("Plaintiff"). I write, with defendant Dentognostics USA, Inc.'s ("Defendant") consent, to respectfully request that the October 14, 2026 deadline for Defendant to answer, move or otherwise respond to the Complaint, be adjourned for a period of thirty (30) days. The reason for the request is that while the Settlement Agreement has been drafted and circulated, the death of my aunt in early October caused additional and unforeseen delays in finalizing the revisions which are to be provided to Defendant for review and consideration. A draft of the revised Settlement Agreement was provided to Plaintiff for his review on October 12, 2026, and I expect that same will be provided to counsel for Defendant within a matter of a few days. In light of the parties' agreement to resolve this matter and continue to work towards the finalization of the Settlement Agreement, I am respectfully requesting that Defendant be permitted the proposed extension through and including November 13, 2026.

Defendant was served with the Summons and Complaint in this matter on June 24, 2026. Defendant previously received a fourteen-day extension from the Clerk to respond to the Complaint, and the Court thereafter granted Defendant's consent request for two (2) additional thirty (30) day extensions through September 14, 2026 and October 14, 2026 while the parties engaged in extensive and ongoing settlement discussions.

A proposed Order is submitted herewith for Your Honor's review and execution. We thank the Court for its consideration of this request.

Respectfully submitted,
BIMONTE LAW LLC

By: */s/ Joseph M. Bimonte*
Joseph M. Bimonte

cc: Holly Griffin Goodman (Via E-Mail)
Heather Wein Brochin (Via ECF)