**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DAVID VITONE,<br><br>Plaintiff,<br><br>vs.<br><br>DENTOGNOSTICS USA, INC., DENTOGNOSTICS GmbH, DIRK R. GIESELMANN, DENTOGNOSTICS GROUP, ABC CORPS. 1-10, and JOHN DOES 1-10,<br><br>Defendants. | Case No.: 2:26-09358-CCC-AME<br><br>Civil Action<br><br>**ORDER** |

**THIS MATTER** having been brought before the Court by Bimonte Law LLC, attorneys for plaintiff David Vitone ("Plaintiff"), on an unopposed and consented to request for an Order granting a thirty (30) day extension of time within which defendant Dentognostics USA, Inc. (Defendant") may answer, plead or otherwise respond to Plaintiff's Complaint, from October 14, 2026 up to and including November 13, 2026; and the Court having considered the request; and good cause having been shown;

**IT IS** on this 26 day of October, 2026,

**ORDERED** that the unopposed request for a thirty (30) day extension of time for Defendant to answer, plead, or otherwise respond to Plaintiff's Complaint is granted; and

**ORDERED** that Defendant must answer, plead or otherwise respond to Plaintiff's Complaint by November 13, 2026.

**SO ORDERED:**

Claire C. Cecchi

_